

JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| David Tevanyan | CASE NUMBER |
|---|---|
| Plaintiff(s)/Petitioner(s) | 2:17-cv-06774-UA |
| v. | |
| Obama Administration and Mary Tevanyan | ORDER OF DISMISSAL |
| Defendant(s). | |

The Court previously received from Plaintiff(s)/Petitioner(s):

☐ an IFP Request or financial information with no accompanying Complaint or Petition.

☒ a Complaint or Petition without an accompanying IFP Request, and without payment of the filing fees.

☐ a Complaint with a partial filing fee payment for an amount less than the required $400.

The Court sent a warning letter to Plaintiff(s)/Petitioner(s) advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected.

Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.

IT IS SO ORDERED.

Dated: Oct 31 2017

Chief United States District Judge